1  Darrell Harris
2  CDC # AB7852
3  CIM A4-130 Low
4  P.O. Box 368
5  Chino Ca. 91708

Date: 4-26-2020

**FILED**
Apr 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

7  The United States District Court
8  Central District of California

9  Case No. 5:20-cv-777-JFW-DFM
10  Motion

11  Darrell E. Harris
12         Petitioner
13         Vs
14  Calif. Dept. of Corr. Chino
15         Respondant

Motion For extension of time to File: In Forma Pauperis And Correctional Filing Supplemental

16  IN Pro-Per
17       The Petitioner is before the Court in
18  Pro-Per, with his Request For An extension of
19  time to File his In Forma Pauperis And Correctional
20  Filing Supplemental.
21       This Request is base on, but not Limited
22  to the Following.
23  1.) At this time the Dorm in which the Petitioner
24  Lives is on Quarantine Lock Down As two Inmates
25  have been hospitalized for possible Covid-19
26  Infections And two other Dorms on A-yard chino
27  Are Also On Quarantine. Movement is non-existance
28  And Access to the Law-Library is Limited.

Page 1

#2) I Recived the Request From the Court on 4-23-20, And their is not enough time to complete the process thru the CDCR System And Trust Account office in the time Required.

#3) CDCR has made Some effort in this matter by Suppling mask to inmates And ordering their staff to ware mask.

#4) The issue of over crowding And social Distancing Still Remains A pressing Issue. I Live in A Dorm Designed For 100 men And their Are 180 men here. Thus the Request For more time to File a Correctional Supplemental Filing and 602 with CDCR.

#5 This situation Remain no Less Dangerous than expressed in my original Filing. And the possibility of Infection And Death is even more Real.

#6 The petitioner is A layman of the Law and Request Some Latitude in the Deciding of this motion.

#7) the Petitioner is indigent And can not Afford Legal Reprensentation in this matter.

Prayer of Relif:

1) Request the Court grant An Extenion of 14 Days to File In Forma Pauperis And Supplemental Filing

verification:

I Swear under the Pentality of Perjury that the Foregoing is true And correct. under U.S. Laws

Date: 4-26-20                Signed:
                              Darnell E. Harris
                              AB7852 CDC #

# CALIFORNIA INSTITUTION FOR MEN
## PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

**(A)** In re: _DARRELL HARRIS vs CDCR_   Case # _5:20-CV-00777-JFW-DFM_

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, and not a party to the within action. My mailing address is: P.O. BOX 368 CHINO, CA 91708.

On the following date: **(B)** _4-26-20_, I served the following document(s): **(C)**

_Motion For extension of time._

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: **(D)**

_United States District Court_
_Central District of California_
_Office of the Clerk_
_255 East Temple Street Room 180_
_Los-Angeles CA. 90012_

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(E)** Name: _DARRELL HARRIS_   CDCR#: _AB7852_

Signed: _Darrell E. Harris_   Dated: _4-26-20_

---

### CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _____   STAFF: _____

SIGNED: _____

Darrell Harris
CDC # AB7852
CIM A4-130 Low
P.O. Box 368
Chino Ca. 91708

DFM

Confidential
Legal-mail

The United States District Court
Central District of California
Office of the Clerk
255 East Temple Street Room 180
Los Angeles California 90012

