JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DARRELL E. HARRIS,<br><br>Petitioner,<br><br>v.<br><br>CALIF. DEPT. OF CORR. CHINO CA,<br><br>Respondent. | No. ED CV 20-00777-JFW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: July 13, 2020

_____
JOHN F. WALTER
United States District Judge